```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 00094
    RICHARD C DEMONICA
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
        Debtor
    SSN XXX-XX-5436

-----------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 01/05/06 and confirmed on 10/24/06.

    2.   The case was converted to Chapter 7 after confirmation, 09/07/2007.

    3.   The Debtor paid a total of $  27806.50 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EQUIANT FINANCIAL SVCS | SECURED | .00 | .00 | .00 |
| CITICARDS PRIVATE LABEL | SECURED | 500.00 | 21.74 | 202.02 |
| KIMBERLY DEMONICA | CHILD SUPPORT | 21500.97 | .00 | 21500.97 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| BANKRUPTCY REPORTING CON | CHILD SUPPORT | NOT FILED | .00 | .00 |
| AMERICAN GENERAL RETAIL | SECURED | 1500.00 | 66.94 | 495.26 |
| CITIFINANCIAL AUTO | UNSECURED | 5615.59 | .00 | 152.74 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| BARBARA MITCHELL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 14655.36 | .00 | 398.62 |
| CAPITAL ONE BANK | UNSECURED | 4815.51 | .00 | 130.98 |
| CAPITAL ONE BANK | UNSECURED | 2286.51 | .00 | 62.19 |
| CASCADE EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS SURGICAL FOUND | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4071.46 | .00 | 110.74 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN CARE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| VALENTINE & KEBARTAS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE GREEN AT SEVEN B | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | 11143.05 | .00 | 303.08 |

```
CHILDRENS MEMORIAL HOSPI  UNSECURED       NOT FILED              .00            .00
COMPUTER CREDIT INC       UNSECURED       NOT FILED              .00            .00
DELNOR COMMUNITY HOSPITA  UNSECURED       NOT FILED              .00            .00
FOX VALLEY CHILDREN MEDI  UNSECURED       NOT FILED              .00            .00
JOHN PANEGASSER           UNSECURED       NOT FILED              .00            .00
LITTLE COMPANY OF MARY H  UNSECURED       NOT FILED              .00            .00
SAFECO INSURANCE          UNSECURED       NOT FILED              .00            .00
VALLEY EMERGENCY CARE     UNSECURED       NOT FILED              .00            .00
AMERICAN GENERAL RETAIL   UNSECURED         5281.62              .00         143.66
RESURGENCE FINANCIAL      UNSECURED         8409.01              .00         228.72
     Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2000.00      21500.97      56278.11          .00      79779.08
PRINCIPAL PAID       697.28      21500.97       1530.73          .00      23728.98
INTEREST PAID         88.68           .00            .00         .00          88.68
TOTAL PAID           785.96      21500.97       1530.73          .00      23817.66
```

The Debtor's attorney, ZALUTSKY & PINSKI         , was allowed $   3000.00
and was paid $    211.00  direct and $   2789.00  through the plan.

The Trustee received $   1199.84 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 12/20/07                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE